# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO VARGAS HERNANDEZ, et al, | CASE NO. 1:12-cv-00064-LJO-BAM PC |
| Plaintiff, | ORDER DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |
| v. | (ECF No. 1) |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. / | |

Plaintiff Young Yil Jo is a federal prisoner currently housed at the Big Spring Federal Correctional Institution in Big Spring, Texas. While this action is brought in the name of Alejandro Vargas Hernandez, William Rene Silveira, Sung Hester, Jae June Pak, Chul Hyun Cho, and Young Yil Jo, the Court recognizes the handwriting and substance of the complaint to be brought by Young Yil Jo. To date, Plaintiff has filed over one-hundred fifty civil cases in this district. The complaint filed in this action is not signed and it sets forth no intelligible claims for relief, and fails to state any cognizable claims under federal law. Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1965 (2007). Given this litigant's abusive filing practices in this district, and the utterly incoherent pleading before the Court, leave to amend is not warranted. Lopez v. Smith, 203 F.3d 1122, 1130 (9th Cir. 2000).

    While a non-attorney proceeding pro se may bring his own claims to court, he may not represent others. E.g., Simon v. Hartford Life, Inc., 546 F.3d 661, 664-65 (9th Cir. 2008); Fymbo, 213 F.3d at 1321; Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987). Plaintiff Jo may not bring this action on behalf of other inmates.. If any Plaintiff wishes to bring a claim he shall file a separate lawsuit including a signed complaint.

1  Pursuant to 28 U.S.C. § 1915A, this action is HEREBY DISMISSED, WITHOUT
2 PREJUDICE.
3 IT IS SO ORDERED.
4 **Dated:   January 15, 2012**          /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE