# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO VARGAS HERNANDEZ, et al,<br><br>            Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:12-cv-00064-LJO-BAM PC<br><br>ORDER STRIKING LETTER<br><br>(ECF No. 4) |

On January 30, 2012, this action was dismissed for failure to state a claim. (ECF No. 2.) On May 10, 2012, a rambling, incoherent, unsigned letter was filed with the Court. (ECF No. 4.) Unsigned documents cannot be considered by the Court, and the letter, filed May 10. 2012, is HEREBY STRICKEN from the record on that ground. Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

Dated:   May 15, 2012                    /s/ Barbara A. McAuliffe
                                                        UNITED STATES MAGISTRATE JUDGE

1