1
2
3
4
5
6 # UNITED STATES DISTRICT COURT
7 ## EASTERN DISTRICT OF CALIFORNIA
8
9 ALEJANDRO VARGAS HERNANDEZ, et al,

   CASE NO. 1:12-cv-00064-LJO-BAM PC
10            Plaintiff,

   ORDER STRIKING LETTER
11    v.

   (ECF No. 4)
12 SIX UNKNOWN NAMES AGENTS, et al.,
13            Defendants.
   _____/
14
15      On January 30, 2012, this action was dismissed for failure to state a claim.  (ECF No. 2.)  On
16 May 10, 2012, a rambling, incoherent, unsigned letter was filed with the Court.  (ECF No. 4.)
17 Unsigned documents cannot be considered by the Court, and the letter, filed May 10. 2012, is
18 HEREBY STRICKEN from the record on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).
19      IT IS SO ORDERED.
20 **Dated:**  __May 15, 2012__        _____/s/ **Barbara A. McAuliffe**_____
                                      UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

1